___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 17 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXANDER MYLES CANTOWINE,

    Defendant.

CASE NO. MJ 14-07

DETENTION ORDER

Offense charged:

    Felon in Possession of Firearm

Date of Detention Hearing: January 17, 2014

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Complaint alleges facts to support the charge that defendant advertised online to sell two firearms, a rifle and a pistol, and then sold them to an undercover federal law enforcement officer. In the negotiations, defendant suggested he had dealt in other firearms in the past, and might have more available in the future.

(2) Defendant was later arrested by Pierce County authorities on charges involving multiple firearms.

(3) Defendant was released on bond in the Pierce County case, and failed to make at least one court appearance, leading to the issuance of a bench warrant.

(4) After the firearms sale, federal law enforcement officers tried to contact defendant, but without success, over a an extended period of time.

(5) Defendant's juvenile history includes these convictions: Rape of a Child in the First degree; failure to register as a sex offender; two controlled substances violations; and a dangerous weapons violation.

(6) He has a very sporadic employment history. He has been fired from various short-term jobs, and now mows lawns, in the employ of his father.

(7) He is married with two small children, but is in the process of a divorce. The Family Court did not see fit to grant custody to either parent, and instead placed both children with defendant's parents.

(8) He asserts he lives with his parents, his two children, and his girlfriend. The Pretrial Services Officer expresses concern about the safety of the children, in light of defendant's prior conviction for rape of a child. In addition, Pretrial Services is not convinced he lives with his parents on a consistent basis.

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(9) Defendant acknowledges current use of alcohol and marijuana, and past use of methamphetamines, ecstasy and cocaine.

(10) Defendant is required by the Family Court to submit to urinalysis testing. But defendant has not submitted any urinalysis tests.

(11) The Pretrial Services Office recommends detention. In light of the foregoing facts, the court concurs.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 17th day of January, 2014.

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)